**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **DR. MARIE N. FEAGINS,** | |
| **Plaintiff,** | |
| **v.** | **CASE No.: 2:26-CV-02292** |
| **SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,** | |
| **Defendants.** | |

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

On Motion of counsel for Plaintiff, and for good cause shown, it is hereby **ORDERED** that

Johnathan F. Austin of Austin Law, P.C., 115 Richard Arrington Jr. Blvd. North, Suite 207,

Birmingham, Alabama, 35203 is hereby admitted to the bar of this Court pro hac vice for the purpose

of acting as counsel for Plaintiff Dr. Marie Feagins in the above-captioned matter.

It is so ordered this 26th day of March 2026.

_s/Brian C. Lea_
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE