IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DR. MARIE N. FEAGINS, <br><br>     Plaintiff, <br><br> v. <br><br> SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity, <br><br>     Defendants. | CASE No.: 2:26-CV-02292 |

## NOTICE OF A RELATED ACTION

I certify that the instant action:

IS related to a pending civil case previously filed in State court as indicated below:

- Circuit Court of Tennessee for the 13th District, Memphis Case #CT-0453-25 Division III

Dated: May 20, 2026

*Respectfully* Submitted,

/s/ *Johnathan F. Austin*
Johnathan F. Austin
Austin Law, P.C.
115 Richard Arrington Jr. Blvd. N.
Suite 207
Birmingham, AL 35203