**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION**

| | |
|---|---|
| **DR. MARIE N. FEAGINS,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO.: 2:26-cv-02292-BCL-atc** |
| **SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,** | |
| **Defendants.** | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is Plaintiff's Motion for Leave to File Consolidated Response to Defendants' Motions to Dismiss. Upon consideration of the Motion, and for good cause shown, the Motion is hereby **GRANTED.**

Plaintiff is granted leave to file a single consolidated response to Defendant Shelby County Board of Education's Motion to Dismiss (Doc. 17) and Defendant Towanna Murphy's Motion to Dismiss (Doc. 18). Plaintiff's consolidated response shall be filed on or before July 24, 2026.

Defendants may file any replies in accordance with the applicable Local Rules.

**IT IS SO ORDERED** this 6th day of July 2026.

*s/Brian C. Lea*

UNITED STATES DISTRICT JUDGE