**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN SECTION**

---

**DR. MARIE N. FEAGINS**

**Plaintiff,**

**v.** **Case No.: 2:26-cv-02292-BCL-atc**

**JURY DEMANDED**

**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,**

**Defendants.**

---

**PLAINTIFF DR. MARIE N. FEAGINS', DEFENDANT SHELBY COUNTY BOARD OF EDUCATION'S, AND DEFENDANT TOWANNA MURPHY'S JOINT NOTICE OF MEDIATOR STIPULATION**

---

**COMES NOW**, Plaintiff Marie N. Feagins, Defendant Shelby County Board of Education, and Defendant Towanna Murphy, by and through their respective undersigned counsel of record, and hereby file this Notice of Mediator Stipulation.

The Parties have agreed to retain and utilize Loys A. "Trey" Jordan, Esq. ("Mediator Jordan") as the mediator for this litigation. Mediator Jordan is a Tennessee Supreme Court Rule 31 Qualified Mediator and possesses extensive experience as both a legal practitioner and mediator. Accordingly, the Parties believe that Mediator Jordan is well-qualified to serve as the mediator in this matter.

The Parties respectfully submit this Notice to advise the Court of their agreement to proceed with Mediator Jordan as the mediator for this litigation.

Respectfully submitted,

**SPENCE PARTNERS**

By: /s/ Jarrett M.D. Spence
Robert L. J. Spence, Jr. (BPR #12256)
Jarrett M.D. Spence (BPR #034577)
Cotton Exchange Building
65 Union Avenue, Suite 900
Memphis, Tennessee 38103
Office: (901) 312-9160
Facsimile: (901) 521-9550
rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com

*Attorneys for Defendant Shelby County Board of Education and Defendant Towanna Murphy*

By: /s/ Johnathan F. Austin
Johnathan F. Austin
Austin Law, P.C.
115 Richard Arrington Jr. Blvd. North, Suite 207
Birmingham, Alabama 35203
austin@jaustinlawpc.com

*Attorney for Plaintiff Marie N. Feagins*