**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**DR. MARIE N. FEAGINS**

**Plaintiff,**

**v.**

**Case No.: 2:26-cv-02292-BCL-atc**

**JURY DEMANDED**

**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,**

**Defendants.**

---

**NOTICE OF SERVICE**

---

I hereby certify that on Tuesday, August 18, 2026, a copy of Defendant Shelby County Board of Educations' First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission were served on all of the following attorney(s) of record via e-mail:

Johnathan F. Austin
Austin Law, P.C.
115 Richard Arrington Jr. Blvd. North, Suite 207
Birmingham, Alabama 35203
austin@jaustinlawpc.com

*Attorney for Plaintiff Marie N. Feagins*

**SPENCE PARTNERS**

By: /s/ Jarrett M.D. Spence
Robert L. J. Spence, Jr. (BPR #12256)
Jarrett M.D. Spence (BPR #34577)
Cotton Exchange Building
65 Union Avenue
Suite 900
Memphis, Tennessee 38103
Office: (901) 587-8335
Facsimile: (901) 521-9550
rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2026, a copy of the foregoing document was sent via the Court's electronic mailing system, electronic mail, and/or United States Mail, postage prepaid, to the following:

Johnathan F. Austin
Austin Law, P.C.
115 Richard Arrington Jr. Blvd. North, Suite 207
Birmingham, Alabama 35203
austin@jaustinlawpc.com

/s/ Jarrett M.D. Spence
Jarrett M.D. Spence