**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN SECTION**

| | |
|---|---|
| **DR. MARIE N. FEAGINS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,**<br><br>**Defendants.** | **CASE NO.: 2:26-cv-02292-BCL-atc** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

**COMES NOW** Johnathan F. Austin and Austin Law, P.C., counsel of record for Plaintiff Dr. Marie N. Feagins, and pursuant to Local Rule 83.5 respectfully move this Court for leave to withdraw from further representation of Plaintiff in this action. In support thereof, counsel states as follows:

1. Johnathan F. Austin and Austin Law, P.C. presently serve as counsel of record for Plaintiff Dr. Marie N. Feagins in this action.
2. On September 2, 2026, Plaintiff notified undersigned counsel in writing that she was terminating Austin Law, P.C.'s representation effective immediately and expressly directed undersigned counsel to file a motion to withdraw as counsel of record.
3. Undersigned counsel accepts Plaintiff's termination of the attorney-client relationship and agrees that withdrawal is appropriate.
4. Plaintiff has indicated that she intends to secure other counsel to represent her in this federal action. As of the filing of this Motion, however, substitute counsel has not entered an appearance, and undersigned counsel does not presently have confirmed substitute counsel to identify to the Court.
5. Pursuant to Local Rule 83.5, Plaintiff's last-known contact information is:

Dr. Marie N. Feagins
110 Lee Road 573
Smiths, Alabama 36877

Telephone: 205-886-8100
Email: mariefeagins@gmail.com

6. Plaintiff has consistently communicated with undersigned counsel through the email address identified above, including her written notice terminating Austin Law, P.C.'s representation and directing counsel to withdraw.
7. A copy of this Motion is being served directly upon Plaintiff by electronic mail at mariefeagins@gmail.com contemporaneously with its filing.
8. On September 2, 2026, the Court entered its Order granting Defendant Towanna Murphy's Motion to Stay Proceedings Pending Resolution of her Motion to Dismiss Based on Qualified Immunity. (Doc. 35.) Withdrawal at this stage should therefore not delay any presently scheduled trial or materially disrupt the orderly progression of this action.
9. Undersigned counsel will comply with all continuing professional obligations associated with termination of the representation, including providing Plaintiff or substitute counsel with the client file and information reasonably necessary to facilitate an orderly transition.
10. Plaintiff has exercised her right to terminate the representation and expressly requested undersigned counsel's withdrawal. Withdrawal is therefore appropriate under Local Rule 83.5.

**WHEREFORE, PREMISES CONSIDERED**, Johnathan F. Austin and Austin Law, P.C. respectfully request that this Court enter an Order granting their Motion for Leave to Withdraw, relieving them of any further responsibility as counsel of record for Plaintiff Dr. Marie N. Feagins, and granting such other relief as the Court deems appropriate.

*Respectfully* submitted,

/s/ Johnathan F. Austin
Johnathan F. Austin (ASB-T40Z-1289)

**AUSTIN LAW, P.C.**
115 Richard Arrington Jr. Blvd. North
Suite 207
Birmingham, Alabama 35203
Telephone: (205) 538-0169
Email: austin@jaustinlawpc.com
*Counsel for Plaintiff*

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B), undersigned counsel certifies that on September 3, 2026, he advised Robert L. J. Spence, Jr. and Jarrett M.D. Spence, counsel for Defendants, by electronic mail that Plaintiff had terminated Austin Law, P.C.'s representation and that undersigned counsel intended to seek leave to withdraw. Counsel for Defendants advised that Defendants do not oppose the requested withdrawal.

/s/ Johnathan F. Austin
Johnathan F. Austin

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed the foregoing Motion with the Clerk of Court through the CM/ECF system, which will provide electronic notice to all counsel of record. I further certify that on the same date I served a copy of this Motion directly upon Plaintiff Dr. Marie N. Feagins by electronic mail at mariefeagins@gmail.com.

Plaintiff's last-known mailing address is:

Dr. Marie N. Feagins
110 Lee Road 573
Smiths, Alabama 36877

Robert L. J. Spence, Jr. (BPR #12256)
Jarrett M.D. Spence (BPR #034577)
Cotton Exchange Building
65 Union Avenue, Suite 900
Memphis, Tennessee 38103
Office: (901) 312-9160
Facsimile: (901) 521-9550
rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com
*Attorneys for Defendants*

/s/ Johnathan F. Austin
Johnathan F. Austin