AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | | |
|---|---|---|
| Dr. Marie N. Feagins<br>*Plaintiff*<br>v.<br>d/b/a Memphis-Shelby County Schools; and Towanna<br>*Defendant* | ) ) ) ) ) | Case No. 2:26-cv-02292-BCL-atc |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Marie N. Feagins .

Date: 09/10/2026

*Attorney's signature*

Brittany Hinton, 90792
*Printed name and bar number*

107 S. Main Street, Floor 2,
Memphis, TN 38103
*Address*

hintonbe@gmail.com
*E-mail address*

(804) 731-4708
*Telephone number*

*FAX number*

Print Save As... Reset