IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DR. MARIE N. FEAGINS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS**, and **TOWANNA MURPHY**, in her individual capacity,<br><br>*Defendants.* | CASE NO.: 2:26-cv-02292-BCL-atc<br><br>**JURY DEMAND** |

RECEIVED
OCT 08 2026
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**COMES NOW** Plaintiff, Dr. Marie N. Feagins ["Plaintiff" or "Dr. Feagins"], proceeding pro se, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rules 7.2 and 15.1, and respectfully moves this Court for leave to file the proposed Second Amended Complaint attached as Exhibit 1. Plaintiff filed her First Amended Complaint on May 27, 2026 (ECF No. 15). The proposed Second Amended Complaint narrows the claims and parties while pleading with greater factual specificity Plaintiff's remaining claims under Title VII of the Civil Rights Act of 1964.

Specifically, the proposed Second Amended Complaint:

1. removes Towanna Murphy as a defendant and eliminates the individual-capacity claims previously asserted against her under 42 U.S.C. § 1983;

2. eliminates Plaintiff's claims under 42 U.S.C. § 1983 for violation of the Equal Protection and Due Process Clauses;

3. proceeds against Shelby County Board of Education d/b/a Memphis-Shelby County

Schools ("SCBOE") on Plaintiff's claims under Title VII for sex discrimination, retaliation, and a hostile work environment;

4. clarifies Plaintiff's allegations concerning her complaints of sex-based disparate treatment and hostile working conditions, SCBOE's knowledge of those complaints, the subsequent termination process, the denial of severance, the treatment of male Superintendent Dr. Joris Ray and its replacement of Plaintiff with male Superintendent Roderick Richmond, and the factual circumstances supporting Plaintiff's allegations of discriminatory and retaliatory motive and pretext;

5. incorporates additional facts concerning SCBOE's pre-termination communications and planning, the preparation of termination and succession communications before the public termination proceedings were completed, Plaintiff's opportunity to respond, SCBOE's handling of Plaintiff's response, and the explanations subsequently offered for Plaintiff's termination; and

6. clarifies the post-employment conduct alleged to support Plaintiff's retaliation claim and damages.

The proposed amendment does not add a defendant or a new cause of action. To the contrary, it narrows the action by removing a defendant and eliminating the § 1983 claims while providing a more complete statement of the factual basis for the Title VII claims already at issue.

Federal Rule of Civil Procedure 15(a)(2) provides that the Court should freely give leave to amend when justice so requires. Leave is appropriate here. The proposed amendment narrows the parties and claims, arises from the same employment relationship and challenged conduct already at issue, and permits Plaintiff to plead her remaining Title VII claims on a more complete factual record. The amendment is not sought in bad faith or for a dilatory purpose and will not unfairly prejudice SCBOE. The grounds supporting this Motion are addressed more fully in

Plaintiff's accompanying Memorandum of Law.

The pending motions to dismiss are directed to the First Amended Complaint. If leave is granted and Plaintiff files the Second Amended Complaint, Plaintiff respectfully requests that the Court deny those motions as moot, without prejudice to SCBOE's right to respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure and any applicable order of the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Leave to File Second Amended Complaint; permit Plaintiff to file the proposed Second Amended Complaint attached as Exhibit 1; deny as moot the pending motions to dismiss directed to the First Amended Complaint, without prejudice to SCBOE's right to respond to the Second Amended Complaint; and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dr. Marie N. Feagins
Plaintiff, Pro Se
110 Lee Road 573
Smiths, AL 36877
Telephone: 401-859-1443
Email: mariefeagins@gmail.com

## CERTIFICATE OF CONSULTATION

Dr. Marie N. Feagins, Plaintiff pro se, hereby certifies that she conferred via email with Robert L.J. Spence, Jr. and Jarrett M.D. Spence, counsel for Defendants SCBOE and Towanna Murphy, on October 8, 2026, regarding the requested relief. Defendants oppose the requested amendment, and the parties were unable to reach agreement.

Dr. Marie N. Feagins

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by United States mail, postage prepaid, upon Robert L.J. Spence, Jr. and Jarrett M.D. Spence, counsel for Defendants SCBOE and Towanna Murphy, at 65 Union Avenue, Suite 900, Memphis, Tennessee, 38103, on this 8th day of October, 2026.

Dr. Marie N. Feagins