**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

RECEIVED

OCT 08 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**DR. MARIE N. FEAGINS,**

*Plaintiff,*

v.

**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS;** and **TOWANNA MURPHY,** in her individual capacity,

*Defendants.*

CASE NO.: 2:26-cv-02292-BCL-atc

**JURY DEMAND**

**NOTICE OF INTENT TO PROCEED PRO SE**

Plaintiff Dr. Marie N. Feagins, pursuant to the Court's October 6, 2026 Order, provides notice that she will proceed pro se at this time.

Respectfully submitted,

Dr. Marie N. Feagins
Plaintiff, Pro Se
110 Lee Road 573
Smiths, AL 36877
Telephone: 401-859-1443
Email: mariefeagins@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served by United States mail, postage prepaid, upon Robert L.J. Spence, Jr. and Jarrett M.D. Spence, counsel for Defendants, at 65 Union Avenue, Suite 900, Memphis, Tennessee, 38103, on this 8th day of October 2026.

Dr. Marie N. Feagins