**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **DR. MARIE N. FEAGINS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS**, and **TOWANNA MURPHY**, in her individual capacity,<br><br>*Defendants.* | CASE NO.: 2:26-cv-02292-BCL-atc<br><br>**JURY DEMAND**<br><br>RECEIVED<br>OCT 14 2026<br>Wendy R Oliver, Clerk<br>U.S. District Court<br>W.D. OF TN, Memphis |

## NOTICE OF SERVICE

I hereby certify that on Wednesday, October 14, 2026, a copy of Plaintiff's First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production were served on the following counsel of record via mail to

Robert L.J. Spence, Jr.
Jarrett M.D. Spence
65 Union Avenue, Suite 900
Memphis, Tennessee, 38103

*Attorneys for Defendant Shelby County Board of Education*

Respectfully submitted,

Dr. Marie N. Feagins
Plaintiff, Pro Se
110 Lee Road 573
Smiths, AL 36877
Telephone: 401-859-1443
Email: mariefeagins@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing discovery requests has been served by United States mail, postage prepaid, upon Robert L.J. Spence, Jr. and Jarrett M.D. Spence, counsel for Defendant SCBOE, at 65 Union Avenue, Suite 900, Memphis, Tennessee, 38103, on this 14 day of October, 2026.

Dr. Marie N. Feagins