**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN SECTION**

---

**DR. MARIE N. FEAGINS**

**Plaintiff,**

**v.**

**Case No.: 2:26-cv-02292-BCL-atc**

**JURY DEMANDED**

**SHELBY COUNTY BOARD OF EDUCATION d/b/a MEMPHIS-SHELBY COUNTY SCHOOLS; and TOWANNA MURPHY, in her individual capacity,**

**Defendants.**

---

NOTICE OF SERVICE OF DEFENDANT SCBOE'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

---

I hereby certify that on Wednesday, November 11, 2026, a copy of Defendant Shelby County Board of Education's Responses to Plaintiff's Requests for Admission were served on the following via electronic mail:

Dr. Marie Feagins
100 Lee Road 573
Smiths, Alabama 36877
Telephone: (401) 859-1443
mariefeagins@gmail.com

Respectfully Submitted,
SPENCE PARTNERS

/s/ Robert L.J. Spence, Jr
Robert L.J. Spence, Jr (BPR# 12256)
Jarrett M.D. Spence (BPR #34577)
Cotton Exchange Building
65 Union Avenue Suite 900
Memphis, TN 38103
Phone: (901) 312-9160
rspence@spencepartnerslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent via electronic mail and/or United States mail, Postage prepaid to the following:

Dr. Marie Feagins
100 Lee Road 573
Smiths, Alabama 36877
Telephone: (401) 859-1443
mariefeagins@gmail.com

/s/ Robert L.J. Spence, Jr